

Villanova University School of Law Digital Repository

2006 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

10-12-2006

# USA v. Nesgoda

Precedential or Non-Precedential: Non-Precedential

Docket No. 05-4798

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2006

Recommended Citation

"USA v. Nesgoda" (2006). *2006 Decisions.* Paper 334.
http://digitalcommons.law.villanova.edu/thirdcircuit_2006/334

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2006 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 05-4798

_____

UNITED STATES OF AMERICA

v.

EDWARD NESGODA,
                                    Appellant

_____

On Appeal from the United States District Court
for the Middle District of Pennsylvania
District Court No. 03-cr-00019
District Judge: Sylvia H. Rambo

_____

**ORDER AMENDING OPINION**

It has come to the Clerk's attention that the opinion filed on October 10, 2006 in

this case incorrectly identified the originating court as the United States District Court for

the District of New Jersey.  At the direction of the Court, the opinion is amended to

correctly identify the originating court as the United States District Court for the Middle

District of Pennsylvania.

                                    For the Court,
                                    /s/ Marcia M. Waldron
                                    Clerk

Dated:  October 12, 2006
CMH/cc: FWU, CHF